UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:26-CR-0078-D

UNITED STATES OF AMERICA,

v.

MARK ANTHONY WOOD, JR.,
Defendant.

**MOTION TO EXTEND PRETRIAL
MOTIONS DEADLINE AND
CONTINUE ARRAIGNMENT
(UNOPPOSED)**

NOW COMES Defendant Mark Anthony Wood, Jr., by and through undersigned counsel, and respectfully moves this Court to extend the pretrial motions deadline by approximately thirty days (until July 13, 2026) and to continue his arraignment at least until the August 3, 2026 term of Court. In support of this motion, Mr. Wood shows the following:

1. On April 28, 2026, a grand jury sitting in the Eastern District of North Carolina returned a nine-count indictment charging Mr. Wood with various drug trafficking and firearms offenses.

2. Mr. Wood was arrested on May 4, 2026. He had an initial appearance on May 6, 2026, and the government moved for detention. United States Magistrate Judge James E. Gates appointed the Office of the Federal Public Defender to represent Mr. Wood and ordered that Mr. Wood be temporarily detained pending his detention hearing.

3. That same day, the Court entered a scheduling order directing the parties to conduct a pretrial conference on or before May 27, 2026. The Court further ordered that any pre-trial motions be submitted no later than June 10, 2026 and set the arraignment and trial of this matter for the July 6, 2026 term of Court.

4. On May 7, 2026, the undersigned ("Appointed Counsel") filed a notice of appearance.

5. On May 13, 2026, following a detention hearing, United States Magistrate Judge Brian S. Meyers granted the Government's motion for detention. Mr. Wood is currently being housed at Piedmont Regional Jail.

6. On May 18, 2026, the Government served discovery on Mr. Wood. On May 28, 2026, the Government served additional discovery on Mr. Wood.

7. The undersigned needs additional time to review the government's most recent discovery disclosures with Mr. Wood, to discuss the application of the Sentencing Guidelines with Mr. Wood, and to discuss a possible non-trial disposition with counsel for the Government. The Defendant therefore respectfully requests that the pre-trial motions deadline be extended by approximately thirty days (until July 13, 2026) and that his arraignment be continued at least to the August 3, 2026 term of Court.

8. Appointed Counsel has discussed this matter with the assigned Assistant United States Attorney, Jaren Kelly, and he has no objections to this request.

9. This motion is made in good faith and not for purposes of delay. Neither the government nor the Defendant would be prejudiced by the relief sought herein.

10. The ends of justice served by this motion outweigh the interests of the public and the defendant in a speedy trial. The period of delay resulting from granting this continuance should therefore be excluded from the calculation of speedy trial time pursuant to 18. U.S.C. § 3161(h)(8)(A).

WHEREFORE, the Defendant respectfully requests that the pretrial motions deadline be extended until July 13, 2026 and that his arraignment be continued at least until the August 3, 2026 term of Court.

Respectfully submitted this the 10th day of June, 2026.

G. ALAN DuBUOIS
Federal Public Defender

/s/ Robert J. Parrott Jr.
ROBERT J. PARROTT JR.
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Robert_Parrott@fd.org
N.C. State Bar No. 46312
Appointed

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing MOTION through the electronic service function of the Court's electronic filing system, as follows:

Jaren E. Kelly
United States Attorney's Office
Jaren.Kelly@usdoj.gov

This the 10th day of June, 2026.

/s/ Robert J. Parrott Jr.
ROBERT J. PARROTT JR.
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Robert_Parrott@fd.org
N.C. State Bar No. 46312
Appointed