# EXHIBIT 2

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Wood, Mark Anthony Jr. | ██████ | 2 |

## SUMMARY OF EVENT:

On July 29, 2025, in a joint investigation with the Bureau of Alcohol, Tobacco, Firearms (ATF) and Harnett County Sheriff's Office (HCSO), at the direction and control of ATF S/A, a HCSO Confidential Informant (CI) purchased approximately a half ounce of methamphetamine, for three hundred dollars ($300.00), from Mark WOOD Jr.

## NARRATIVE:

1.  On July 29, 2025, an operational briefing was conducted at the predetermined meeting location (PDML) by ATF SS/A ██ Crumley. Plans were discussed for a HCSO CI, to purchase methamphetamine and a firearm from Mark WOOD Jr (W/M DOB: 08/26/1984). The pre-determined transaction was to take place at WOOD's residence, located at 141 Capital Hill Road, Lillington, North Carolina. The following assignments were given during the operational briefing.

- Surveillance/Extract Team 1: ATF TFO Overby and ATF TFO Hildreth
- Surveillance/Extract Team 2: HCSO Det Peralta and HCSO Det Holder
- Surveillance Team 3: HCSO Det Knight
- On Scene Commander: ATF S/A Crumley

2.  At 1545, all teams met and SS/A Crumley conducted a brief at the PDML.

3.  At 1627, a search of the CI was conducted by SS/A Crumley and the vehicle was searched by TFO Overby and HCSO Det Holder. Both vehicle and CI were searched for weapons, currency, any contraband, all with negative results.

4.  At 1630, SS/A Crumley provided CI with twelve hundred dollars ($900 in ATF and $300 in HCSO for a total of $1,200.00) in controlled funds, for the purchase of narcotics and a firearm.

5.  At 1635, SS/A Crumley conducted the preamble and placed E/S on CI. CI then departed from the PDML.

6.  At 1641, CI arrived at WOOD's residence.

7.  At 1735, CI departs WOOD's residence

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| ██Crumley | Special Agent | *a. Crumley* | 08/01/2025 |
| Authorized by: | Title: | Signature: | Date: |
| Mark Oxendine | Resident Agent in Charge | *MW Oxendine* | 08/19/2025 |
| Second Level Reviewer (optional): | Title: | Signature: | Date: |
| | | | |

ATF EF 3120.2 (10-2004)
For Official Use Only

Case 5:26-cr-00078-D-BM   Document 23-2   Filed 07/27/26   Page 2 of 5

000269

8.  At 1742, CI arrived at the PDML. SS/A Crumley took possession of the ES equipment and purchased narcotics. End of surveillance activities. SS/A Crumley searched the CI and HCSO Det's Peralta and Holder searched ██ vehicle for contraband and currency, Negative results for all.

## EXPENDITURE OF SPECIAL FUNDS:

9.  On July 29, 2025, CI expended three hundred dollars ($300.00) in HCSO cashier funds, for the purchase of suspected methamphetamine.
EVIDENCE LOG:

10.  The following item of evidence was collected by ATF SS/A Crumley:

• Item #5: Narcotics: approximately sixteen (16) grams of suspected methamphetamine from WOOD Jr.
• Item #6 Audio/Video of the controlled purchase (note video stopped recording after 15 minutes, only audio continued throughout the controlled purchase)

Items #5 and #6 will be maintained at ATF Fayetteville Field Office.

On July 29, 2025, Item #5 was field tested by SS/A Crumley and tested positive for methamphetamine. The suspected methamphetamine was sent to the DEA lab for identification.

## DEBRIEF OF HCSO CI:

11.  CI departed the PDML and went directly to WOOD's residence. CI arrived at WOOD's residence and parked. Got out and saw what looked to be a Hispanic (STRATTON) sitting in the drivers seat of a black in color SUV in front of WOOD's residence. As the CI was going into the residence the Hispanic departed WOOD's residence. Once inside the residence, CI saw WOOD on the couch, an unknown white male, described as a 5'11, average build, with a hat on standing in front of the couch and a white female (UNK,UNK), who is WOOD's girlfriend. CI talked to WOOD about various things, then WOOD got on the phone and was talking to another person for a while. Afterwards, everyone went into the front yard, where WOOD's girlfriend got into the front passenger seat of WOOD's red in color truck. WOOD followed suit and got into the driver's seat with the driver's side door open. The unknown white male stood next to WOOD's truck, along with the CI. CI asked WOOD about the firearm, which WOOD dismissed the CI, which the CI took as he (WOOD) did not have and didn't want to talk about it in front of others. CI then asked about getting some "cream" (methamphetamine). WOOD opened the center console inside his truck in which the CI could clearly see a bag containing about seven ounces of "ice". WOOD then asked how much the CI wanted, in which the CI handed three hundred dollars of controlled funds to WOOD. WOOD then handed an already packaged bag of ice to the CI. CI made some more, small talk and then departed and went back directly to the PDML.

## SURVEILLANCE NOTES:

12.  During the controlled purchase, HCSO Det Peralta took arial pictures of the various people outside to include the target (WOOD), WOOD's vehicle (Red in color Chevrolet, Model Silverado, Plate: LFN4386), Angelo STRATTON (W/M DOB ████████), STRATTONs' vehicle (Black in color, Cadilliac, Model SRX Plate: LJV875) and the UNK W/M. HCSO Det Holder was able to get pictures of STRATTON while STRATTON was at the Marathon gas station, located at 304 West Front Street, Lillington, North Carolina. After STRATTON left WOOD's residence.

*Agents note: a query of STRATTON, showed that STRATTON is currently on federal supervised release with a long criminal history, to include narcotic convictions*





## ATTACHMENT:

WOODs' vehicle information
STRATTONs' vehicle information
Audio and video recording of controlled purchase

Case 5:26-cr-00078-D-BM     Document 23-2     Filed 07/27/26     Page 5 of 5

000272