# EXHIBIT 4



Case 5:26-cr-00078-D-BM   Document 23-3   Filed 07/27/26   Page 2 of 2