# EXHIBIT 1-Collins Front Camera Video

Video file to be hand delivered