# EXHIBIT 2-Collins Body Camera Video

Video file to be hand delivered