# EXHIBIT A–HCSO Incident Report dated August 6, 2025



# Harnett County Sheriffs Office
### 175 Bain Street
### Lillington, NC 27546

# INCIDENT REPORT

**Agency ORI**
NC0430000

**Case Number**

## Event

| | | |
|---|---|---|
| **Last Known Secure**<br>08/06/2025 22:00:00 | **At Found**<br>08/06/2025 22:02:00 | **Report Date**<br>08/06/2025 22:04:00 |

**Incident Location**
380 COMMUNITY ROAD  LILLINGTON NC 27546

| **Victim Residence Type** | **Offense Tract**<br>Zone 2 |
|---|---|

**How Attacked or Committed**
BY SUBJECT BEING IN POSSESSION OF SUSPECTED METHAMPHETAMINE

| **Case Status Date**<br>8/12/2025 12:00:00 AM | **Case Status**<br>CLOSED/CLEARED | **Case Disposition - Exceptional Clearence**<br>NOT APPLICABLE |
|---|---|---|

**Report taken by phone** ☐

### Observations

| **Lighting Conditions**<br>DARK (NO LIGHTS) | **Weather**<br>CLOUDY | **Temperature (Degrees Fahrenheit)**<br>75 |
|---|---|---|

### Activity

| **Photo(s) and or Video Taken**<br>No | **Photos Type** | **Number of Digital File(s)** |
|---|---|---|

## Crime / Incident(s)

**Offense**
90-95(H)(3B) TRAFFICK IN METHAMPHETAMINE

| **Felony / Misdemeanor**<br>NULL | **Attempted / Completed**<br>Completed | **Weapon / Tool Type** |
|---|---|---|
| **Premise Type**<br>HIGHWAY/ROAD/ALLEY/STREET/SIDEWALK | **Location of Entry** | |

## Victim Business / Society / Government

| **Type**<br>SOCIETY / PUBLIC | **Occupation Organization Name**<br>THE STATE OF NORTH CAROLINA | |
|---|---|---|
| **Physical Address**<br>175 BAIN STREET  LILLINGTON NC 27546 | | **Phone**<br>(910) 893-9111 |
| **Mailing Address**<br>175 BAIN STREET  LILLINGTON NC 27546 | | |

**Related Offense(s)**

90-95(H)(3B) TRAFFICK IN METHAMPHETAMINE (35A NULL)

**Date and Time Printed**
8/14/2025 10:19:32 AM

Case 5:26-cr-00078-D-BM    Document 30-3    Filed 07/27/26    Page 2 of 2

000138