# EXHIBIT B–HCSO Arrest Report dated August 6, 2025



# Harnett County Sheriffs Office

175 Bain Street
Lillington, NC 27546

## ARREST REPORT

**Agency ORI**
NC0430000

**Case Number**
████

## Event

| Arrest Date and Time | Arrest Track | Date Confined | Fingerprint Check Digit No. | NCIC Checked? | Were Photos and Prints Taken? Photo: Yes  Prints: Yes |
|---|---|---|---|---|---|
| 08/06/2025 20:38:00 | Z2 | 8/6/2025 | 94319AC | YES | |

**Address of Arrest**
378 Community Rd  Lillington NC 27546

| Arrest Type | Arrest Disposition | Arresting Agency Jurisdiction |
|---|---|---|
| ON-VIEW ARREST | ARREST/NO INVESTIGATION | |

## Booking

| Juvenile Record | Booking Search Conducted | Special Needs / Risks | Committing Magistrate |
|---|---|---|---|
| No | Patdown | | D. Dees |

| Bond Type | Bond Amount | Assisting Officer Name |
|---|---|---|
| NO BOND | 0 | |

## Offense(s)

| Charge | Felony / Misdemeanor | Count | Domestic Related |
|---|---|---|---|
| 90-95(H)(3B) TRAFFICKING IN METHAMPHETAMINE | FELONY | 2 | |

| Warrant Date | Court Date | Court Type | Offense Jurisdiction (if not arresting agency) |
|---|---|---|---|
| 08/06/25 | 08/07/2025 09:00:00 | DISTRICT COURT | |

| Charge | Felony / Misdemeanor | Count | Domestic Related |
|---|---|---|---|
| 90-108(A)(7) MAINTAIN PLACE CONTROLLED SUBSTANCE | FELONY | 1 | |

| Warrant Date | Court Date | Court Type | Offense Jurisdiction (if not arresting agency) |
|---|---|---|---|
| 08/06/25 | 08/07/2025 09:00:00 | DISTRICT COURT | |

| Charge | Felony / Misdemeanor | Count | Domestic Related |
|---|---|---|---|
| 90-113.22(A) POSSESS DRUG PARAPHERNALIA | MISDEMEANOR | 1 | |

| Warrant Date | Court Date | Court Type | Offense Jurisdiction (if not arresting agency) |
|---|---|---|---|
| 08/06/25 | 08/07/2025 09:00:00 | DISTRICT COURT | |

| Charge | Felony / Misdemeanor | Count | Domestic Related |
|---|---|---|---|
| 14-415.1 POSSESSION OF FIREARM BY FELON | FELONY | 1 | |

| Warrant Date | Court Date | Court Type | Offense Jurisdiction (if not arresting agency) |
|---|---|---|---|
| 08/06/25 | 08/07/2025 09:00:00 | DISTRICT COURT | |

## Arrestee

| Name (Last, First Middle) | D.O.B. | Age | Race | Ethnicity | Sex | Place of Birth | Citizenship |
|---|---|---|---|---|---|---|---|
| WOOD JR, MARK ANTHONY | 08/26/84 | 40 | W | N | M | NC | |

| Physical Address | Email | Phone |
|---|---|---|
| 141 CHAPHEL HILL RD.  LILLINGTON  NC 27546 | | (910) 237-0074 |

| Occupation Organization Name | Business Address | Business Phone |
|---|---|---|
| UNKNOWN OR NOT STATED | | / |

| Moniker | Height | Weight | Hair | Eye | Skin | Oddities |
|---|---|---|---|---|---|---|
| | 510 | 148 | BROWN | BROWN | FAIR | |

| Social Security Number | License No. / Licence State | FBI Number | SBI Number | Armed |
|---|---|---|---|---|
| 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 | 24470820 / NC | | | |

| Scars / Marks / Tattoos | Description | Location |
|---|---|---|
| | | |

| Nearest Relative Name (Last, First Middle) | Address | Phone |
|---|---|---|
| WEST, ████ | SAME | ████ |

| Physical Condition / Health Risk | Consumed EtOH? | Consumed Drugs? |
|---|---|---|
| | | |

Page 1 of 2

**Date and Time Printed**
8/7/2025 1:39:52 AM

Case 5:26-cr-00078-D-BM    Document 30-4    Filed 07/27/26    Page 2 of 2

000151