# EXHIBIT C–HCSO Investigation Report dated August 7, 2025



# Harnett County Sheriffs Office
175 Bain Street
Lillington, NC 27546

## CRIMINAL INVESTIGATION REPORT

**Agency ORI**
NC0430000

**Case Number**
███████



## Event

| | | |
|---|---|---|
| **Case Status Date**<br>8/7/2025 | **Case Status**<br>CLOSED/CLEARED | **Case Disposition - Exceptional Clearence**<br>NOT APPLICABLE |

**How Attacked or Committed**
by being in possession of controlled substances and a firearm

**Report filed by phone** ☐

### Observations

**Scene Description**

| | | |
|---|---|---|
| **Lighting Conditions**<br>DARK | **Weather**<br>RAIN | **Temperature (Degrees Fahrenheit)**<br>70 |

## Crime / Incident(s)

**Offense**
90-95(H)(3B) TRAFFICKING IN METHAMPHETAMINE

| **Felony / Misdemeanor**<br>FELONY | **Attempted / Completed**<br>Completed | **Weapon / Tool Type** |
|---|---|---|
| **Premise Type**<br>HIGHWAY/ROAD/ALLEY/STREET/SIDEWALK | **Location of Entry** | |

**Offense**
90-108(A)(7) MAINTAIN PLACE CONTROLLED SUBSTANCE

| **Felony / Misdemeanor**<br>FELONY | **Attempted / Completed**<br>Completed | **Weapon / Tool Type** |
|---|---|---|
| **Premise Type**<br>HIGHWAY/ROAD/ALLEY/STREET/SIDEWALK | **Location of Entry** | |

**Offense**
90-113.22 POSSESS DRUG PARAPHERNALIA

| **Felony / Misdemeanor**<br>MISDEMEANOR | **Attempted / Completed**<br>Completed | **Weapon / Tool Type** |
|---|---|---|
| **Premise Type**<br>HIGHWAY/ROAD/ALLEY/STREET/SIDEWALK | **Location of Entry** | |

**Offense**
14-415.1 POSSESSION OF FIREARM BY FELON

| **Felony / Misdemeanor**<br>FELONY | **Attempted / Completed**<br>Completed | **Weapon / Tool Type**<br>HANDGUN |
|---|---|---|
| **Premise Type**<br>HIGHWAY/ROAD/ALLEY/STREET/SIDEWALK | **Location of Entry** | |

**Date and Time Printed**
8/7/2025 7:11:20 PM

Case 5:26-cr-00078-D-BM     Document 30-5     Filed 07/27/26     Page 2 of 2

000141