UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:25-CR-00078-D-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **MOTION TO EXTEND TIME TO** |
| v. | ) | **FILE RESPONSE TO DEFENDANT'S** |
| | ) | **MOTIONS TO SUPPRESS AND** |
| MARK ANTHONY WOOD, JR. | ) | **MOTION TO DISMISS** |

The United States of America, by and through the undersigned Assistant United States Attorney for the Eastern District of North Carolina, respectfully requests a thirty (30) day extension of time to file a response to Defendant's motions to suppress (D.E. 23, 25, 26, 29, and 30) and motion to motion dismiss (D.E. 28). The current response deadline is August 10, 2026.

The issues raised by the Defendant require additional time for the government to investigate and respond properly. Additionally, the undersigned counsel has just been assigned to this case. The additional extension of time is being made in the interests of justice and judicial economy.

Counsel for the defendant has been contacted and has informed the government that Mr. Wood objects to this request.

WHEREFORE, the United States moves this Court to extend the time allowed to file a response to Defendant's motions to suppress. A proposed order is attached.

Respectfully submitted this 10th day of August 2026.

W. ELLIS BOYLE

United States Attorney

*BY: /s/ Jaren E. Kelly*
JAREN E. KELLY
Assistant United States Attorney
Criminal Division
U.S. Attorney's Office, EDNC
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Jaren.Kelly@usdoj.gov
Telephone: 919-856-4092
NC Bar No. 51627

CERTIFICATE OF SERVICE

This certifies that a copy of this motion has, this the 10th day of August 2026, been served upon Counsel for the defendant via Electronic Mail to:

Robert J. Parrott, Jr.
Federal Public Defender - EDNC
150 Fayetteville Street
Suite 450
Raleigh, N.C. 27601
919-857-4479
Robert_parrott@fd.org

Jean-Paul E. Jacquet-Freese
Federal Public Defender - EDNC
150 Fayetteville Street
Suite 450
Raleigh, N.C. 27601
919-856-4236
Jean-Paul_Jacquet-Freese@fd.org

W. ELLIS BOYLE
United States Attorney

*BY: /s/ Jaren E. Kelly*
JAREN E. KELLY
Assistant United States Attorney
Criminal Division
U.S. Attorney's Office, EDNC
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Jaren.Kelly@usdoj.gov
Telephone: 919-856-4092
NC Bar No. 51627