UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:25-CR-00078-D-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER EXTENDING TIME TO** |
| v. | ) | **FILE RESPONSE TO DEFENDANT'S** |
| | ) | **MOTIONS TO SUPPRESS AND** |
| MARK ANTHONY WOOD, JR. | ) | **MOTION TO DISMISS** |

Upon the Governments motion and for good cause shown, the Government's Motion is hereby GRANTED.

It is therefore ORDERED that the deadline for the Government to file a response to the Defendant's motions to suppress (D.E. 23, 25, 26, 29, and 30) and motion to dismiss (D.E. 28) is extended through September 9, 2026.

Any period of delay resulting from granting this continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7) because the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

This _____ day of ___________________, 2026.

___________________________________
JAMES C. DEVER III
United States District Court Judge