File No.

# SEARCH WARRANT

**STATE OF NORTH CAROLINA**

HARNETT County

In The General Court Of Justice
District/Superior Court Division

**IN THE MATTER OF**

141 Capitol Hill Dr. Lillington NC

*Name Of Applicant*
J. B. Overby

*Name Of Additional Affiant(s)*

To any officer with authority and jurisdiction to conduct the search authorized by this Search Warrant:

FILED
2025 AUG -8 P 4:33
HARNETT CO. C.S.C.
BY C Clark

I, the undersigned, find that there is probable cause to believe that the property and person described in the application on the reverse side and related to the commission of a crime is located as described in the application.

You are commanded to search the premises, vehicle, person and other place or item described in the application for the property and person in question. If the property and/or person are found, make the seizure and keep the property subject to Court Order and process the person according to law.

You are directed to execute this Search Warrant within forty-eight (48) hours from the time indicated on this Warrant and make due return to the Clerk of the Issuing Court.

This Search Warrant is issued upon information furnished under oath or affirmation by the person(s) shown.

| Date Issued | Time Issued | Name (type or print) | Signature |
|---|---|---|---|
| 8/7/25 | 3:12 ☐ AM ☒ PM | C.W. Gilchrist | [signature] |

☐ Deputy CSC ☐ Assistant CSC ☐ CSC ☐ Magistrate ☐ District Ct. Judge ☒ Superior Ct. Judge

**NOTE:** *When issuing a search warrant, the issuing official must retain a copy of the warrant and warrant application and must promptly file them with the clerk. G.S. 15A-245(b).*

This Search Warrant was delivered to me on the date and at the time shown below when the Office of the Clerk of Superior Court is closed for the transaction of business. By signing below, I certify that I will deliver this Search Warrant to the Office of the Clerk of Superior Court as soon as possible on the Clerk's next business day.

| Date | Time | Name Of Magistrate (type or print) | Signature Of Magistrate |
|---|---|---|---|
| | ☐ AM ☐ PM | | |

This Search Warrant was returned to the undersigned clerk on the date and time shown below.

| Date | Time | Name Of Clerk (type or print) | Signature Of Clerk | |
|---|---|---|---|---|
| 8/8/25 | 4:33 ☐ AM ☒ PM | Cindy Clark | Cindy Clark | ☒ Dep. CSC ☐ Asst. CSC ☐ CSC |

## RETURN OF SERVICE

I certify that this Search Warrant was received and executed as follows:

| Date Received | Time Received |
|---|---|
| 08/07/25 | 3:15 ☐ AM ☒ PM |
| **Date Executed** | **Time Executed** |
| 08/07/25 | 4:13 ☐ AM ☒ PM |

☒ I made a search of 141 Capitol Hill Rd. Lillington NC as commanded.

☒ I seized the items listed on the attached inventory.
☐ I did not seize any items.
☐ This Warrant WAS NOT executed within forty-eight (48) hours of the date and time of issuance and I hereby return it not executed.

*Name Of Officer Making Return (type or print)*
J.B. Overby

*Signature Of Officer Making Return*
[signature]

| Department Or Agency Of Officer | Incident Number |
|---|---|
| Harnett CoSO | 25004748 |

Original - File Copy - For Search of a Person, to Person from Whom Items Taken
Copy - For Search of Vehicle/Premises, to Owner or Person in Apparent Control; If No Such Person Present, Leave Copy Affixed Thereon


© 2019 Administrative Office of the Courts

# APPLICATION FOR SEARCH WARRANT

2025-02585
1262-11
2 of 9

I, Agent J. B. Overby with the Harnett County Sheriff's Office,
*(Insert name and address; or if law enforcement officer, name, rank and agency)*

being duly sworn, request that the Court issue a warrant to search the person, place, vehicle, and other items described in this application and to find and seize the property and person described in this application. There is probable cause to believe that *(Describe property to be seized; or if search warrant is to be used for searching a place to serve an arrest warrant or other process, name person to be arrested)*
See attachment number 1

constitutes evidence of a crime and the identity of a person participating in a crime, *(Name crime)* Violations of the North Carolina Controlled Substance Act. Possession of a firearm by felon.

and is located *(Check appropriate box(es) and fill in specified information)*

☒ in the following premises *(Give address and, if useful, describe premises)*
See attachment number 2

*(and)*
☐ on the following person(s) *(Give name(s) and, if useful, describe person(s))*

*(and)*
☒ in the following vehicle(s) *(Describe vehicle(s))*
Any vehicle under the control of the occupants of the premise.

*(and)*
☒ *(Name and/or describe other places or items to be searched, if applicable)*
Any outbuildings or sheds on the premise.

The applicant swears or affirms to the following facts to establish probable cause for the issuance of a search warrant:
See attachemtn number 3

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Date<br>08/07/2025 |
|---|---|
| Date<br>8/7/25 | Name Of Applicant (type or print)<br>J. B. Overby |
| Signature<br>[signature] | Signature Of Applicant<br>[signature] |

☐ Magistrate ☐ Dep. CSC ☐ Asst. CSC ☒ Clerk Of Superior Court ☒ Judge

☐ In addition to the affidavit included above, this application is supported by additional affidavits, attached, made by

☐ In addition to the affidavit included above, this application is supported by sworn testimony, given by

This testimony has been *(check appropriate box)* ☐ reduced to writing ☐ recorded, and I have filed any such writing/recording with the clerk.

**NOTE:** *If more space is needed for any section, continue the statement on an attached sheet of paper with a notation saying "see attachment." Date the continuation and include on it the signatures of applicant and issuing official.*

ATTACHMENT # 1

ITEMS TO BE SEIZED:

1. Controlled substances in violation of the North Carolina Controlled Substance Act. Specifically, Methamphetamine a schedule II-controlled substance.

2. Drug paraphernalia used for the packaging, manufacture, distribution and sale of controlled substances, including but not limited to packaging and distribution materials such as scales, bags, cutting agents, tape and any and all items related to the possession of methamphetamine and other controlled substances.

3. United States currency, financial proceeds, jewelry, vehicles, and other assets obtained as a result of dealings in controlled substances including items that may have been stolen or traded for illegal control substance in place of US Currency.

4. Books, records, receipts, notes, ledgers, and other documents relating to the transportation, ordering, purchasing, and distribution, of controlled substances, in particular, methamphetamine.

5. Items or articles or personal property tending to show ownership, dominion, or control of the premises.

6. Letters, checkbooks, bills, lease agreements, and other paper writings.

7. Records of illegal drug activities, documents, photographs, and other evidence of drug trafficking.

8. Personal computers, laptop computers, tablets, handheld computers/organizers, cellular devices, computer files, indicating access to electronic mail services, hard disks, floppy disks and any other electronic media containing evidence of obtaining controlled substances and sale and distribution of controlled substances and the amassing, transfer, secreting and laundering of money obtained from the sale of controlled substances.

9. Weapons, particularly firearms and ammunition, including but not limited to, handguns revolvers, semi-automatic pistols, and other automatic and semi-automatic weapons used as protection for controlled substances and other related objects.

Sworn and subscribed before me,

JUDICIAL OFFICIAL

8/7/24 3:12 p.m.

DATE AND TIME

AFFIANT

08/07/2025 3:12 pm

DATE AND TIME

ATTACHMENT # 2

DESCRIPTION OF PREMISE TO BE SEARCHED:

The location to be searched is 141 Capitol Hill Dr. Lillington. From the Harnett County Sheriff's Office located at 175 Bain St. turn right onto W Cornelius Harnett Blvd. Turn right onto North Main St. Then turn right onto S. 13th St. / South River Rd. Continue on South River Rd. to Capitol Hill Dr. Turn left onto Capitol Hill Dr. 141 Capitol Hill Dr. will be on the left.

141 Capitol Hill Dr. Lillington is a brick home with yellow in color trim. There is a wooden deck on the left side of the home. The home has a small covered front porch with brick steps leading to the front door. 141 Capitol Hill Dr. Lillington is pictured bellow.



Sworn and subscribed before me,

JUDICIAL OFFICIAL

8/7/25 3:12 p.m.

DATE AND TIME

AFFIANT

08/07/2025 3:12 pm

DATE AND TIME

ATTACHMENT # 3

PROBABLE CAUSE:

1. Your Affiant, Agent Jason B. Overby, has been a law enforcement officer since July 2005. I am assigned to the Narcotics Division of the Harnett County Sheriff's Office. I received the Basic Law Enforcement Certificate from Wake Technical Community College in May 2005. I have served as a Patrol Deputy and Field Training Officer. I have successfully completed the Basic Narcotic Investigators course and the Police Law Institute Course. I have received Clandestine Laboratory Certification training through the Drug Enforcement Administration in how to assess, identify, and process clandestine laboratories and items relating to a clandestine lab. I have participated in the investigation and processing of numerous clandestine laboratories, to include methamphetamine clandestine labs. I have received training from the North Carolina State Bureau of Investigation on Marijuana Indoor Grows and I have been directly involved in numerous Marijuana indoor grow investigations. Through these investigations and seizures, I have become very familiar with the odor and visual appearance of marijuana as it specifically relates to hydroponically or organically grown marijuana plants. I have received Drug Diversion training through The Department of Virginia State Police and The National Association of Drug Diversion Investigators. I have participated in investigations involving the diversion of pharmaceutical controlled substances from legitimate channels to the illicit drug market. This Affiant has been involved in numerous investigations involving violations of the North Carolina Controlled Substance Act and as such, I am familiar with the various methods used by narcotics traffickers to communicate, transport, store, and distribute narcotics and narcotics proceeds. This Affiant has conducted and participated in investigations that involve complex drug organizations and schemes to hide illegal sources of income. I have experience with a wide range of investigative techniques, including various types of visual and electronic surveillance; the interception of wire communications; the use of consensual recordings; the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances. I have conducted and participated in numerous investigations facilitating controlled purchases and deliveries of narcotics. I have conducted numerous investigations involving the management and use of informants; and the utilization of undercover agents/officers. I have participated in the gathering of information for Search Warrants and have participated in the execution of numerous search warrants.

2. Information contained within this Affidavit is based upon information that this Affiant has gained from my investigation, my personal observations, my training and experience and or information related to me by other law enforcement officers and or agents. Since this Affidavit is being submitted solely for the limited purpose of securing a search warrant, this Affiant has not included each and every fact known to me concerning this investigation. This Affiant has set

Sworn and subscribed before me,

| | |
|---|---|
| JUDICIAL OFFICIAL | AFFIANT |
| 8/7/25 3:12pm | 08/07/2025 3:12pm |
| DATE AND TIME | DATE AND TIME |

forth those facts that this Affiant believes are necessary to establish probable cause to believe that the evidence described in the attachments to this Affidavit, which establishes violations of the North Carolina General Statutes, will be found in the location also described in the attachments.

3. On August 6, 2025, deputies with the Harnett County Sheriff's Office conducted a traffic stop on a vehicle operated by Mark Anthony Wood Jr. who had an order for arrest. Wood had been observed operating a red in color Chevy truck on Old US 421 and pulled into a home located at 380 Community Rd. Sgt Collins observed Wood pull into the residence. By the time Sgt Collins approached the vehicle he observed Wood out of the vehicle crouched by the front driver's side front tire. During the course of the traffic stop deputies asked Wood if there were any other occupants in the vehicle, Wood stated no. Deputies then looked through the window and observed a digital scale on top of the center console of the vehicle. Wood was then asked about the digital scale and Wood told deputies that he had a drug problem and that he uses the scale to weigh his drugs. Wood then said that he had marijuana in the vehicle. Deputies then conducted probable cause search of the vehicle and located approximately 57. 6 grams of methamphetamine. Deputies then located a case containing a Glock Model 29 10mm handgun that had been placed behind the front driver's side tire of the vehicle. Wood was then placed under arrest and transported to the Harnett County Sheriff's Office.

4. At the Harnett County Sheriff's Office Wood was taken to an interview room. Wood was read aloud his fifth and sixth amendment Miranda Rights. Wood then signed a waiver of rights and provided a statement. Wood stated that the methamphetamine located in the vehicle was not his. Wood further stated that the Glock 29 handgun located near the vehicle tire was not his. Wood then said that his fingerprints would be on the gun because he had handled the gun the day before. Wood said that there was other ammunition in the vehicle. Wood stated that it was not illegal for him to buy or possess ammunition as a felon and that he could have a firearm at his residence. Wood then stated that he had ammunition stored in a vehicle located at his home. Wood stated that he is not a thief but he has bought stolen property in the past. Wood further described other firearms and stated that he knew the location of these firearms and other stolen property. Wood stated that he uses methamphetamine and provided information on his source of supply for methamphetamine. Wood stated that he would purchase one or two ounces of methamphetamine a week or every other week.

5. On 29 July 2025 Agents with the Harnett County Sheriff's Office Narcotics Division spoke with confidential and reliable informant who advised that he/she was at Mark Wood Jr.'s home locate at 141 Capitol Hill Dr. Lillington. This confidential and reliable informant stated that while at the residence he observed several ounces of methamphetamine kept inside a

Sworn and subscribed before me,

JUDICIAL OFFICIAL

8/7/25 3:12pm

DATE AND TIME

AFFIANT

08/07/25 3:12pm

DATE AND TIME

vehicle. The confidential informant further stated that he had observed Mark Wood Jr. in possession of firearms within the past month.

6. The aforementioned confidential informant has given Agents with the Harnett County Sheriff's Office Narcotics Division information concerning violations of the North Carolina Controlled Substance Act. The confidential informant has stated to these agents that he/she is familiar with the sale of controlled substances specifically methamphetamine through the confidential informants past experiences. This confidential informant has been deemed to be credible and reliable. The confidential informant has conducted multiple controlled purchases of narcotics in the past that could lead to state and or federal charges.

7. February 21, 2025, Deputies with the Harnett County Sheriff's Office had conducted a traffic stop on a vehicle operated Mark Wood Jr. As a result of this traffic stop deputies located approxamtley 24 grams of methamphetamine in Wood's hand and a handgun and various ammunition in the vehicle.

8. A computerized criminal history search revealed that On March 01, 2005 Mark Wood Jr. pled guilty to possession of cocaine and possession of methamphetamine in Harnett County District Court.

9. Based upon the facts described above coupled with my training and experience, I believe that there is probable cause to believe that the items to be seized, and other aforementioned items listed herein above, are located at the premises to be searched. I hereby request that a search warrant be issued directing a search for and seizure of the items in question.

Sworn and subscribed before me,

JUDICIAL OFFICIAL

8/7/25 3:12pm

DATE AND TIME

AFFIANT

08/07/25 3:12 pm

DATE AND TIME

**STATE OF NORTH CAROLINA**

HARNETT County

File No.

In The General Court Of Justice
☐ District ☐ Superior Court Division

**IN THE MATTER OF:**

*Name*
141 Capitiol Hill Rd. Lillington

FILED
2025 AUG -8 P 4:33
HARNETT CO., C.S.C.
BY CClark

# INVENTORY OF ITEMS SEIZED PURSUANT TO SEARCH

G.S. 15A-223, -254, -257

I, the undersigned officer, executed a search of:

*Person, Premises Or Vehicle Searched*
141 Capitiol Hill Rd. Lillington

*Date Of Search*
08/07/2025

This search was made pursuant to

☒ 1. a search warrant issued by: Superior Court Judge C. W. Gilchrist

☐ 2. consent to search given by:

☐ 3. other legal justification for the search:

The following items were seized:

1. Clear plastic bag cont. methamphetamine. 192.6 Gm
2. Clear plastic bag cont. marijuana. 3.4 Gm
3. Black digital scale
4. Crown Royal bag
5. Clear plastic bag cont. plastic bags
6. Green box cont. misc. ammunition
7. Cardboard box cont. misc. ammunition
8. 10mm PBC Bronze ammunition
9. Metal green can cont. misc. ammunition

**Original** - File
**Copy** - For Search by Warrant of a Person, to Person from Whom Items Taken
**Copy** - For Search by Warrant of Vehicle/Premises, to Owner or Person in Apparent Control; If No Such Person Present, Leave Copy Affixed Thereon
**Copies** - For Search by Consent, to Person Giving Consent and Owner of Vehicle/Premises Searched, if Known

AOC-CR-206, Rev. 3/16 (Over)

© 2016 Administrative Office of the Courts

Items Seized Continued:

- [x] 1. I left a copy of this inventory with the person named below, who is:
  - [x] a. the owner of the premises searched.
  - [ ] b. the owner of the vehicle searched.
  - [ ] c. the person in apparent control of the premises searched.
  - [ ] d. the person in apparent control of the vehicle searched.
  - [ ] e. the person from whom the items were taken.
- [ ] 2. As no person was present, I left a copy of this inventory:
  - [ ] a. in the premises searched, identified on the reverse.
  - [ ] b. in the vehicle searched, identified on the reverse.

*Name And Address Of Person To Whom A Copy Of This Inventory Was Delivered, If Any*

The law enforcement agency identified below will hold the seized property subject to court order.

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | | *Name Of Law Enforcement Officer (type or print)* J. B. Overby |
|---|---|---|
| *Date* 8/8/25 | *Name (type or print)* Cindy Clark | *Signature Of Law Enforcement Officer* [signature] |
| [ ] *Notary* | *Signature* [signature: Cindy Clark] | *Title Of Law Enforcement Officer* Agent |
| SEAL | *Date My Commission Expires* | *Name And Address Of Agency* Harnett County Sheriff's Office 175 Bain St. Lillington NC 27546 |
| | *County Where Notarized* | |
| [x] *Deputy CSC* [ ] *Assistant CSC* [ ] *Clerk Of Superior Court* [ ] *Magistrate* | | |

## ACKNOWLEDGMENT OF RECEIPT

I, the undersigned, received a copy of this inventory.

| *Date* | *Signature Of Person Receiving Inventory* [signature] |
|---|---|

AOC-CR-206, Side Two, Rev. 3/16

© 2016 Administrative Office of the Courts