UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:25-CR-00078-D-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER EXTENDING TIME TO** |
| v. | ) | **FILE RESPONSE TO DEFENDANT'S** |
| | ) | **MOTIONS TO SUPPRESS AND** |
| MARK ANTHONY WOOD, JR. | ) | **MOTION TO DISMISS** |

Upon the Governments motion and for good cause shown, the Government's Motion is hereby GRANTED.

It is therefore ORDERED that the deadline for the Government to file a response to the Defendant's motions to suppress (D.E. 29) is extended through October 2, 2026.

Any period of delay resulting from granting this continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7) because the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

This 1 day of ~~September~~ October, 2026.

JAMES C. DEVER III
United States District Court Judge