U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Consent to Search

Case Number 25-21673

I understand that I have a right to refuse to give my consent to a search and may demand that a search warrant be obtained prior to any search of the person or property described below.

I understand that any contraband or evidence of a crime found during the search can be seized and used against me in any court of law or other proceeding.

I understand that I may consult with an attorney before or during the search.

I understand that I may withdraw my consent to this search at any time prior to the search's termination.

This consent to search has been given voluntarily without promises, threats, coercion or force of any kind whatsoever.

I have read the above statement of rights, understand these rights, and hereby authorize agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives to conduct a complete search of the property described below.

Describe Vehicle, Premises, Person, or Items to be Searched.

RESIDENCE: 537 WATERBURY DRIVE, FAYETTEVILLE, NC
BEDROOM CLOSET

AEC

| | |
|---|---|
| Signature of Consentee [signature] Charlene West | Date 8/13/25 |
| Signature of Special Agent [signature] | Date 8/13/25 |
| Signature of Witness(es) [signature] | Date 8/13/25 |

ATF Form 3220.11
Revised March 2007