IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CR-78-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK ANTHONY WOOD, JR.,<br><br>Defendant. | ) | **ORDER** |

The court will hold a hearing on Friday, November 13, 2026, at 11:00 a.m. concerning defendant's motion to suppress evidence pursuant to Rodriguez v. United States [D.E. 30] and defendant's motion to suppress the statements obtained during defendant's arrest on August 6, 2025, and the physical evidence recovered from the truck [D.E. 25]. The hearing is about the stop and arrest of defendant on August 6, 2025. The court expects Sergeant Collins, Detective Peralta, Agent Roberts, and Agent Crumley to be available to testify.

The hearing will take place in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED. This 5 day of November, 2026.

JAMES C. DEVER III
United States District Judge