IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CR-78-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MARK ANTHONY WOOD JR., | ) | |
| | ) | |
| Defendant. | ) | |

In light of defendant's guilty plea, the court DISMISSES as moot defendant's motions to suppress [D.E. 23, 25, 26, 29, 30] and motion to dismiss [D.E. 28].

SO ORDERED. This 13 day of November, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge